Christine Pham
Legal Helpers, P.C.
260 California Street, Ste. 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Joan Lamborn<br>2711 Madrone<br>Stockton, CA 95207<br><br>         Plaintiff,<br><br>v.<br><br>FMS, Inc.<br>c/o Robin Archer<br>4915 S. Union Ave.<br>Tulsa, OK 74107<br><br>         Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692**.**  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

Complaint - 1

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around May 13, 2010, Plaintiff retained an attorney to file bankruptcy.

8. On or around June 21, 2010, Defendant telephoned Plaintiff.

9. During this communication, Plaintiff notified Defendant that Plaintiff was represented by a bankruptcy attorney and provided Plaintiff's attorney's contact information.

10. Despite this notice, Defendant telephoned Plaintiff several times thereafter.

11. During at least one of these communications, Plaintiff again notified Defendant that that Plaintiff was represented by a bankruptcy attorney.

12. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

13. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

**JURY DEMAND**

18. Plaintiff demands a trial by jury.

**PRAYER FOR RELIEF**

19. Plaintiff prays for the following relief:

    a.  Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b.  For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Ste. 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*