Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff Joan Lamborn*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| Joan Lamborn,<br><br>    Plaintiff,<br><br>v.<br><br>FMS, Inc.,<br><br>    Defendant. | Case No. 2:10-cv-3071<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby notifies the Court that the parties have reached a settlement of this matter.  Although the terms of the agreement are not yet fully executed, Plaintiff expects to be in a position to file a Notice of Dismissal within thirty days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff Joan Lamborn*

Notice of Settlement - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2011, my firm served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Kathryn Martin
FMS, Inc.
4915 S. Union Avenue
Tulsa, OK 74107

/s/ Christine Pham