Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff Joan Lamborn*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| Joan Lamborn,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FMS, Inc.,<br><br>　　　　Defendant. | Case No. 2:10-cv-3071<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　　　　　　　　By: */s/ Christine Pham*
　　　　　　　　　　　　　　　　　　　Christine Pham
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Joan Lamborn*

Notice of Dismissal- 1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, my firm served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Kathryn Martin
FMS, Inc.
4915 S. Union Avenue
Tulsa, OK 74107

/s/ Christine Pham